# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, McCOY, and GERRITY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Brandon E. CORLEY**
Seaman Apprentice (E-2), U.S. Navy
*Appellant*

**No. 202500392**

_____

Decided: 15 May 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Benjamin B. Garcia

Sentence adjudged 28 May 2025 by a special court-martial tried at Navy Region Japan, Yokosuka, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 100 days and a bad-conduct discharge.[1]

For Appellant:
*Captain Kyle W. Rodewald, USMC*

---

[1] Appellant received 65 days of pretrial confinement credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

*Mark K. Jamison*

MARK K. JAMISON
Clerk of Court

_____

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.